**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Jose J. Escamilla | No.  10-22005 |
| Debtor | Hon.  A. Benjamin Goldgar |

### NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on April 2, 2014, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

                                                                    _____/s/ Meredith S. Fox_____

### Certificate of Service

The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Brian P. Deshur and Glenn B. Stearns on April 2, 2014.

                                                                    _____/s/ Meredith S. Fox_____

Meredith S. Fox - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Jose J. Escamilla
20 E. Clarendon Dr.
Round Lake Beach, IL 60073

Glenn B. Stearns
801 Warrenville Road
Lisle, IL 60532

Brian P. Deshur
Deshur Law Firm LLC
55 West Monroe St., Suite 3950
Chicago, IL 60603
brian@deshurlaw.com